IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In the Matter of:                              }
                                               } Case No. 22-07196
Rita Eneya Katsap                              }
                                               } Chapter 7
                                               }
Debtor                                         } Honorable A. Benjamin Goldgar

### NOTICE OF MOTION

TO:    See attached Service List

      PLEASE TAKE NOTICE that on August 5, 2022, at 11:00 AM, I will appear before the Honorable A. Benjamin Goldgar, or any judge sitting in that judge's place, and present the motion of Federov Kozlov, P.C. for Relief from the Automatic Stay, a copy of which is attached.

      This motion will be presented and heard electronically using Zoom for Government. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

      To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

      To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

      Meeting ID and password. The meeting ID for this hearing is 160 817 7512 and the password is 623389. The meeting ID and password can also be found on the judge's page on the court's web site.

      **If** you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) businesses days before that date. **If** a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.


By /s/Michal Fus
Michal Fus
Chicago Legal Solutions, LLP
110 Higgins Rd
Park Ridge, IL 60068
mfus@chicagolegalsolutions.com

## CERTIFICATION

I, the undersigned Attorney, certify the following: That for the parties listed on the attached services list under the heading "Notice sent by first class mail sent through the USPS" I served notice sent by first class mail sent through the USPS by depositing a copy of the motion to the name and address listed with the US Post Office in Chicago, IL. That for the parties listed on the attached services list under the heading "Notice sent by electronic mail" I served notice sent by electronic mail. That for the parties listed on the attached services list under the heading "Notice sent by electronic mail associated with ECF filing" I served notice by filing the motion with ECF that would result in notice being provided to the creditors the following day. These notices were sent on or will be sent before 11:59PM on July 28, 2022.

Notice sent by first class mail sent through the USPS

Rita Eneya Katsap
203 Blossom Ct.
Buffalo Grove, IL 60089

Bradley S Chelin, Counsel for Debtor
1454 Miner Street
Des Plaines, IL 60016

Notice sent by electronic mail associated with ECF filing
Chapter 7 Trustee, Joseph E. Cohen
Patrick S Layng. Office of the U.S. Trustee, Region 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In the Matter of: | } |
| | } Case No. 22-07196 |
| Rita Eneya Katsap | } |
| | } Chapter 7 |
| | } |
| Debtor | } Honorable A. Benjamin Goldgar |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

NOW COMES, Fedor Kozlov, P.C. ("Creditor"), by and through its attorney of record, and hereby moves this Court for an entry of an order for relief from the automatic stay, pursuant to 11 U.S.C. §362, with respect to certain claims ("Claim"). The Required Statement is attached hereto as Exhibit "A", in accordance with Local Rule 4001-1. In further support of this Motion, Movant respectfully states:

1. Debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on June 27, 2022.

2. Movant is an unsecured creditor by virtue of providing legal services for a divorce proceeding.

3. Bradley S Chelin is the Trustee duly appointed by law.

4. Pursuant to 11 U.S.C. §362(d)(1), cause exists to grant Movant relief from the automatic stay for the following reasons:

    A. Schedules filed by the debtor say creditor is in dispute.

    B. The amount of the actual debt needs to be determined by the divorce court through Creditor's Petition for Setting Final Attorney's Fees and Costs Pursuant to 750 ILCS 5/508(c).

    C. Creditor brought their motion in case number 2020D811 on June 6th, 2022 prior to the Debtor's Chapter 7 filing.

      D.      Creditor believes that there may be possible misrepresentations in this case and actual basis to challenge the discharge.

      E.      The actual value of the claim may have an impact on the decision to pursue such a motion.

5.      The Bankruptcy Court may defer to have matters heard in state court if they are better equipped to deal with it.

WHEREFORE, Movant prays that this court enter an order terminating or modifying the automatic stay and granting the following:

1.      Relief from the Stay allowing Movant for the limited purpose of pursuing their motion to determine the amount of their fees before the divorce court in case #2020D811.

2.      For such other relief as the court deems proper.

By /s/Michal Fus
Michal Fus
Chicago Legal Solutions, LLP
110 Higgins Rd
Park Ridge, IL 60068
mfus@chicagolegalsolutions.com

This advice pertains to your dealings with our firm as a debt collector. It does not affect your dealings with the court, and in particular it does not change the time at which you must answer the motion. The advice in this notice also does affect our relations with the court. As attorneys, we may file papers in the suit according to the court's rules and the judge's instructions.

NOTICE PURSUANT TO THE FAIR DEBT COLLECTION

PRACTICES ACT

15 U.S.C. Section 1601 as Amended

1. The amount of the debt is stated in the motion attached hereto.

2. The movant named in the attached motion is the creditor to whom the debt is owed or is the servicing agent for the creditor to whom the debt is owed.

3. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume the debt is valid.

4. If you notify this office in writing within 30 days after receiving this notice, this office will obtain verification of the debt and mail you a copy of such verification.

5. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

6. Nothing in this notice should be construed as an agreement by the movant to extend or stay any time periods established by law with respect to the litigation, which is the subject of the attached motion.

7. Written requests should be addressed to Chicago Legal Solutions, LLP, 110 Higgins Rd, Park Ridge, IL 60068

8. Please be advised that this is an attempt to collect a debt. Any information obtained will be used for that purpose.